**Will ADAMS, a/k/a Skip Adams–Taylor, Petitioner–Appellant,**

v.

**George HINKLE, Warden, Augusta Correctional Center, Respondent–Appellee.**

No. 02–6339.

United States Court of Appeals, Fourth Circuit.

Submitted July 25, 2002.

Decided July 31, 2002.

Will Adams, Appellant Pro Se.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Will Adams seeks to appeal the district court's order denying relief without prejudice on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2002), for failure to exhaust state court remedies. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Adams v. Hinkle,* No. CA–02–108–AM (E.D.Va. Feb. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*